**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7886

JOHNNIE MACK GRIFFIN,

Plaintiff - Appellant,

versus

UNITED STATES PAROLE COMMISSION; JOSEPH M.
BROOKS, Warden, Federal Correction
Institution, Petersburg,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Richard L. Williams, Senior
District Judge.   (CA-02-936)

Submitted:  April 15, 2004          Decided:  April 22, 2004

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnnie Mack Griffin, Appellant Pro Se. Tara Louise Casey, Robert
P. McIntosh, OFFICE OF THE UNITED STATES ATTORNEY, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnnie Mack Griffin, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Griffin v. United States Parole Comm'n, No. CA-02-936 (E.D. Va. Nov. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED